ELIZA BROWN, APPELLANT v. FRANCES SWANN AND OTHERS.

Mr Chief Justice MARSHALL said: Though the case is not within any rule of this court, yet the court are of opinion, that as the appellant did not enter the appeal at the proper term, the other side ought not to be compelled peremptorily to go on with the cause at this term.